UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| Richard Gapasin, <br><br> Petitioner <br><br> v. <br><br> Bureau of Prisons, *et al.*, <br><br> Respondents | Case No.: 2:24-cv-00897-JAD-MDC <br><br> **Order Requiring <br> Payment of Filing Fee <br> or <br> Application to Proceed *in Forma Pauperis* <br> by July 12, 2024** |

Richard Gapasin, who is in federal custody at the Nevada Southern Detention Center, in Pahrump, Nevada, initiated this pro se habeas corpus action on May 13, 2024, by submitting a petition for writ of habeas corpus for filing.[1]  The petition has not been filed, however, because Gapasin has not paid the $5 filing fee or applied to proceed *in forma pauperis*.  Because this case will be dismissed if Gapasin fails to do one of those things, I give him until July 12, 2024, to do so.

IT IS THEREFORE HEREBY ORDERED that petitioner **Richard Gapasin must do one of these two things by July 12, 2024, or this case will be dismissed without prejudice and closed without further prior notice:** (1) **send payment of $5** to the Clerk of the Court with reference to the case number of this action (2:24-cv-00897-JAD-MDC), **or** (2) **file a fully completed application to proceed *in forma pauperis*** using the form provided by this court.

---

[1] ECF No. 1-1.

1 | IT IS FURTHER ORDERED that the Clerk of the Court is directed to **SEND** petitioner a copy of this order plus two copies of the form for an Application to Proceed *in Forma Pauperis* (Inmate Packet).

_____
U.S. District Judge Jennifer A. Dorsey
May 16, 2024