UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| Richard Gapasin,<br><br>    Petitioner<br><br>v.<br><br>Bureau of Prisons, *et al.*,<br><br>    Respondents | Case No.: 2:24-cv-00897-JAD-MDC<br><br>**Order Dismissing Action<br>without Prejudice** |

Richard Gapasin, who is in federal custody at the Nevada Southern Detention Center, in Pahrump, Nevada, initiated this pro se habeas corpus action on May 13, 2024, by submitting a petition for writ of habeas corpus for filing.[1] The petition was not filed, however, because Gapasin did not pay the $5 filing fee and did not apply to proceed *in forma pauperis*. In an order entered on May 16, 2024, I ordered that Gapasin had until July 12, 2024, to either pay the filing fee or file an application to proceed *in forma pauperis*.[2] I warned that this case would be dismissed if Gapasin did neither.[3] Gapasin did neither.

IT IS THEREFORE HEREBY ORDERED that **this action is dismissed without prejudice**. The Clerk of the Court is directed to **enter judgment accordingly and close this case**.

_____
U.S. District Judge Jennifer A. Dorsey
July 22, 2024

---

[1] ECF No. 1-1.
[2] ECF No. 3.
[3] *Id*.